UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROWLANDA-LEA KENNEY,

Petitioner,

v. : CIVIL NO. 3:16-CV-2449

SUPT. ROBERT SMITH, et al., : (Judge Kosik)

Respondents.

## ORDER

NOW, THIS 15th DAY OF DECEMBER, 2016, IT IS HEREBY **ORDERED THAT the order issued in the above matter on December 14, 2016 (Doc. 4), is amended only to the extent that** the in forma pauperis motion filed by Petitioner (Doc. 2) is **DENIED as moot** in that Petitioner submitted the fee on December 13, 2016. The order remains in full effect in all other respects in that the matter is transferred to the Western District of Pennsylvania. The Clerk of Court shall make the appropriate notation to the docket, and shall provide a copy of this order to the Western District of Pennsylvania.

EDWIN M. KOSIK
United States District Judge